ADAMS v. BASS

No. 572P89

Case below: 88 N.C.App. 599
326 N.C. 363

Motion by defendant for reconsideration of petition for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1990.

BOCKWEG v. ANDERSON

No. 52PA90

Case below: 96 N.C.App. 660

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

CAPITAL FORD, INC. v. GODWIN ASSOCIATES

No. 65P90

Case below: 97 N.C.App. 142

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

CHAPEL HILL COUNTRY CLUB v. TOWN OF CHAPEL HILL

No. 102P90

Case below: 97 N.C.App. 171

Petition by plaintiffs (Du Bose et al.) for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990. Petition by plaintiffs (Pendergraph) for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990. Petition by plaintiff (Chapel Hill Country Club, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

DEPT. OF TRANSPORTATION v.
SEABOARD SYSTEM RAILROAD

No. 37PA90

Case below: 96 N.C.App. 679

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.